IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUNSTAR, INC.,<br><br>         Plaintiff,<br><br>    -against-<br><br>ALBERTO-CULVER COMPANY, INC.<br>and BANK ONE CORPORATION f/k/a<br>FIRST NATIONAL BANK OF CHICAGO,<br><br>         Defendants. | Civil Action No. 01 C 0736<br><br>Judge Guzman |

*- and -*

| | |
|---|---|
| ALBERTO-CULVER COMPANY, a Delaware corporation,<br><br>         Plaintiff,<br><br>    -against-<br><br>SUNSTAR, INC., a Japanese corporation, SUNSTAR GROUP COMPANY, (f/k/a Alberto-Sunstar Co., Ltd) a Japanese corporation, KANEDA, KASAN, KABUSHIKI KAISHA, a Japanese corporation, and BANK ONE, NATIONAL ASSOCIATION, as Trustee under Trust Agreement No. 22-81196, dated February 27, 1980, a national banking association,<br><br>         Defendants. | Civil Action No. 01 C 5825<br><br>Judge Guzman |

## **SUNSTAR'S RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW**

Sunstar, Inc. and Kaneda, Kosan, Kabushiki Kaisha (collectively, "Sunstar"), pursuant to Rule 50(b) of the Federal Rules of Civil Procedure, respectfully renew that portion of "Sunstar's Motion Pursuant to Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law Dismissing Alberto's Claim," made on December 12, 2006, which asserted that:

> "Alberto's claim for breach of contract in the nature of trademark infringement should be dismissed as a matter of law because no sufficient evidence has been presented of likelihood of confusion, a required element needed to establish trademark infringement, and because Alberto has failed to present any evidence that any actual or likely consumer confusion exceeds the amount of so-called 'natural confusion' in the situation by a 'significant amount,' as required by controlling Seventh Circuit authority."

as more particularly discussed in that Rule 50(a) motion.

SUNSTAR, INC. and
KANEDA, KOSAN, KABUSHIKI KAISHA

Respectfully submitted,

Dated: January 3, 2007

By:    s/ Timothy T. Patula
      One of Their Attorneys
Timothy T. Patula
Charles T. Riggs, Jr.
PATULA & ASSOCIATES, P.C.
116 South Michigan Avenue, 14th Floor
Chicago, Illinois 60603
(312) 201-8220

OF COUNSEL:

Robert A. Schwinger
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100

William S. D'Amico
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 974-5600